# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00399-CV

### In re John Koo-Hyun Kim

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus, seeking a stay of Texas Education Commissioner Robert Scott's decision to close Pearce Middle School. *See* Tex. R. App. P. 52.8. We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:   July 21, 2009